

AUSA RONALD WATERSTREET 313-226-9593
Special Agent STACY ZIRKLE 313-446-8542

AO 91 (Rev. 08/09) Criminal Complaint



# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

D-1 JOSE CARLOS BRAGA
D-2 NELSON DAFONSECA
D-3 TERRANCE WEAKLEY

Case: 2:11-mj-30408
Judge: Unassigned,
Filed: 08-05-2011 At 12:18 PM
US V. BRAGA, ET AL. (CMP)(MRM)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 3, 2011 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 2(a) | Knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

STACY ZIRKLE, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8/5/2011_____

_____
*Judge's signature*

City and state: __Detroit, Michigan_____

MARK A. RANDON, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

The affiant being duly deposed and sworn states:

1. I, Stacy Zirkle, am a Border Patrol Agent with the Department of Homeland Security, Bureau of Customs and Border Protection, and have been employed with same for 10 years. Furthermore, your affiant has conducted numerous investigations regarding violations of the Immigration & Naturalization Act.

2. The information below is for the limited purpose of establishing probable cause to believe that Jose Carlos BRAGA, Terrance WEAKLY, and Nelson DAFONSECA have committed a violation of Title 8 USC 1324 (a) (1) (A) (ii) and did aid and abet each other in this violation. Therefore this affidavit does not necessarily contain all information collected in this investigation.

3. On August 3, 2011 at approximately 8:50 pm, Border Patrol Agent Jeremy Kenyon was performing border patrol line watch duties in Detroit, Michigan near Alter Park. The canal between Alter Park and Ford Park has produced elevated apprehensions and smuggling activity the last two months, both for smuggling people in and out of the country due to its close proximity to the Detroit River and international border with Canada. Agent Kenyon, while wearing his uniform and driving an unmarked Border Patrol K-9 vehicle near Alter Park, observed a vehicle traveling northbound on Alter Road leaving Alter Park.

4. As Agent Kenyon, passed the vehicle, he noticed the vehicle leaving Alter Park had a Massachusetts license plate (located on the front of the car). When Agent Kenyon turned around and noted the vehicle had pulled over to allow vehicles behind him to pass and then parked in

2

front of 580 Alter Road, Detroit, Michigan 48215. Agent Kenyon then pulled in behind him and turned on his emergency lights, and proceeded to investigate while he ran the license plate. Agent Kenyon learned that the license plate came back to Daniel Claudio DaFonseca, who lives in Massachusetts.

5.   As Agent Kenyon approached the vehicle, the driver, later identified as Jose Carlos BRAGA, continued to appear nervous and anxious, as Agent Kenyon had previously noticed prior to pulling up behind the vehicle. Agent Kenyon identified himself as a United States Border Patrol Agent. From the encounter Agent Kenyon was able to discover that the driver, Jose Carlos BRAGA, is a naturalized United States Citizen from Brazil and the passenger, Terrance WEAKLY, is also a United States Citizen.[1]

6.   Agent Kenyon asked both subjects where they were coming from and BRAGA stated that they were driving from the park and had been sight seeing. BRAGA further stated that he was visiting from Massachusetts. Agent Kenyon then asked WEAKLY how they knew each other and WEAKLY stated that he just met BRAGA earlier in the day. Agent Kenyon then asked WEAKLY why he would ride with someone he just met. WEAKLY went on to state that BRAGA asked him to take him to the park and show him the area because he was going to pick up "females". WEAKLY then stated that BRAGA showed him maps of the area and asked him if he knew where this location was, and if WEAKLY could guide him to the location. While questioning the subjects, Agent Kenyon noted that silver Motorola phone in possession of BRAGA was continuously ringing.

7.   Agent Kenyon then contacted Agent Daniel Reed, via his radio, requesting Agent Reed to go to the Alter Park and look for any "females". WEAKLY additionally stated that BRAGA was staying with another male individual at the Metro Lodge off of East Jefferson Avenue in Detroit.

---

[1] It was later learned that WEAKLY is "homeless" as he lives in a shelter in the Detroit area.

WEAKLY then stated that BRAGA and his companion purchased hotel room numbers 21 and 22 at the Metro Lodge.

8. During this encounter Agent Reed radioed Agent Kenyon regarding Agent Reed's investigation into "females" that may be found at the Alter Park. Agent Reed notified Agent Kenyon that he had found three subjects (two females and one male), and that none of the three subjects possessed immigration documents that would allow them to enter or remain in the United States legally.

9. Based on the facts known to the Agents at this time, that Alter Park has been used for both smuggling people in and out of the country due to its close proximity to the Detroit River and international border with Canada, and the Agents' prior experience and training, they were led to believe that the two females and one male identified, as Nelci Prudencio GOMES, Sonia Maria FEITOSA, and Nedzad ZVEROTIC respectably, were the "females" WEAKLY had mentioned, and BRAGA and WEAKLY were waiting for these individuals who were being smuggled into the United States from Canada.

10. Agent Kenyon then notified Supervisory Border Patrol Agent Richard Gordon of the information provided by WEAKLY and requested that he investigate the other subject staying at the Metro Lodge off of East Jefferson Avenue. SBPA Gordon proceeded to the Metro Lodge Hotel located at 10501 East Jefferson Ave., Detroit, 48214 and encountered Nelson DAFONSECA in room 22. Further investigation revealed that Nelson DAFONSECA is a Lawfully Admitted Permanent Resident from Brazil.

11. All three suspects (BRAGA, DAFONSECA, and WEAKLY) and the three undocumented aliens (FEITOSA, GOMES, and ZVEROTIC) were transported to the Detroit Border Patrol Station for further investigation and processing. It was discovered that both FEITOSA and GOMES are Brazilian citizens, while ZVEROTIC is a citizen of Macedonia. At the station BRAGA,

4

DAFONSECA, FEITOSA, and ZVEROTIC waived their Miranda Rights and made statements. GOMES did not wish to make a statement.

12. DAFONSECA stated that he has been friends with Jose Carlos BRAGA for about 10 years. DAFONSECA stated that Nelci Prudencio GOMES (one of the females discovered by Agent Reed at Alter Park) was his ex-girlfriend. DAFONSECA stated that GOMES called him in New Hampshire on July 10th or 12th, 2011 from Toronto requesting that he come to Toronto to pick her on up August 3, 2011 and take her and a friend back to New Hampshire. DAFONSECA stated that he and BRAGA then drove from New Hampshire to Toronto, Ontario, Canada and met up with both GOMES and Sonia Maria FEITOSA. DAFONSECA stated that he did not know FEITOSA prior to arriving in Toronto. Once there BRAGA drove the women to Windsor, Ontario, Canada where BRAGA and DAFONSECA dropped the women off near the waterfront. According to DAFONSECA, the women had already made arrangements to be taken across the river and dropped off somewhere. DAFONSECA stated that he was helping the ladies as a favor to friends. DAFONSECA then said that he and BRAGA both entered the United States legally through the Detroit-Windsor Tunnel Port of Entry. Once across they found a motel on Jefferson Ave and rented two rooms. DAFONSECA stated that he met WEAKLY at the hotel. DAFONSECA stated when it was time to pick up GOMES and FEITOSA, WEAKLY offered, for a price, to help BRAGA find Alter Park. According to DAFONSECA, then BRAGA took WEAKLY along. DAFONSECA stated that they planned to stay the night in the hotel room and then drive back to New Hampshire the next morning.

13. BRAGA likewise made a statement. However, according to BRAGA he stated that he and his friend "Nelson" (DAFONSECA) traveled to Toronto, Ontario, Canada last Sunday. BRAGA went on to claim that he does not know Nelsons's last name. BRAGA further claimed that he does not know who owns the vehicle they drove to Toronto, but said the owner was a friend of

5

Nelson.[2]      BRAGA stated that the purpose of their trip to Toronto was to visit "Asseblia de Deus" church. According to BRAGA, the original plan was to visit the church for a few days, then return to Lowell, Massachusetts. He stated that on the second day Nelson suggested that they travel to Detroit to see the city. BRAGA agreed and they departed for Detroit the morning of August 3, 2011. BRAGA stated that he and Nelson traveled to Detroit with no other passengers and that they entered through the Ambassador Bridge at about 2 or 3 pm. BRAGA stated that they traveled downtown for sightseeing. BRAGA went on to claim that while downtown they were approached by a man, who BRAGA identified as WEAKLY, who recommended that they go eat at a local Chinese restaurant which they did. BRAGA stated that when they finished eating DAFONSECA received a phone call. BRAGA claimed he did not know who called DAFONSECA. They then proceeded to the hotel on East Jefferson to spend the night before leaving the next morning. BRAGA stated that Nelson (DAFONSECA) asked BRAGA to go pick up a woman for him. Nelson (DAFONSECA) then produced a map and showed BRAGA exactly where to go for the pick up. BRAGA then drove the car to this location on Altar Road with WEAKLY. BRAGA stated that they could not locate the woman so they began to leave. They were then pulled over by the Border Patrol. BRAGA stated that when they departed Detroit, he planned to travel through Pennsylvania and visit a "city", though he could not name any cities in the state.

14. Nedzad ZVEROTIC also made a statement. ZVEROTIC, the male that was discovered by Agent Reed in Alter Road Park, stated that he illegally entered into the United States through JFK Airport in 1995 with a false Bulgarian passport that contained his photo with some unknown name. ZVEROTIC claimed that he lived in the Detroit area from 1995 through 1999 and that he was in the process of getting his legal permanent residence card but had to return to Macedonia in order to finish the process at an U.S. Embassy. ZVEROTIC claimed that his last interview

---

[2] As previously noted in this affidavit, the vehicle is registered to Daniel Claudio DaFonseca, who is Nelson

was in 2001, but he no longer possessed a passport, so he was not able to get a visa to return to the United States. ZVEROTIC stated that in February 2006 he paid $6000.00 and purchased a fake Austrian Passport and thereafter drove from Luxemburg to Paris, France where he took a plane to Toronto, Canada. Once in Canada he claimed refugee status and turned in his false passport to the Canadian authorities. When he was denied refugee status in March 2011, ZVEROTIC decided that he would travel to the United States. ZVEROTIC stated that he then went to the "Albanian people" in Scarborough and met a man who said he could get him smuggled into the United States for $5000.00. According to ZVEROTIC the "unknown man" took ZVEROTIC's phone number and told ZVEROTIC he would call ZVEROTIC. According to ZVEROTIC, ZVEROTIC received a call from "the man" on the morning of August 3, 2011 and was told to go to the McDonalds in Windsor, Ontario at about 10 am. ZVEROTIC then took a bus from Toronto to Windsor. ZVEROTIC stated that he knew the man when ZVEROTIC saw him, because ZVEROTIC could tell he ("the unknown man") was Albanian. The smuggler ("the unknown man") refused to speak Albanian with ZVEROTIC and would only speak English. ZVEROTIC revealed that the smuggler arrived in a grey metallic minivan, but they left McDonalds in a Cadillac and drove to a little canal. ZVEROTIC stated that he paid the smuggler $5000.00 and they got out and walked over to a white boat with a blue stripe and a small outboard motor. ZVEROTIC said that the boat driver did not say anything to him, except to offer him a cigarette. ZVEROTIC stated that when he arrived at the boat that there were two women waiting on him. The four of them got into the boat and went across to the United States. ZVEROTIC stated that the boat arrived in a small canal with steel walls and he had to help the two women out of the boat. ZVEROTIC asserted that the area that they were dropped off at had lots of trees. ZVEROTIC stated that after a couple of minutes of walking that the Border Patrol stopped them.

---

DAFONSECA's brother.

15. Sonia Maria FEITOSA made the following statements through the AT&T Language Services Line, interpreter Genie #5651. FEITOSA (the second female discovered by Agent Reed at Alter Road Park waived her Miranda Rights in Portuguese through the interpreter. FEITOSA stated that she left her home in Ipatinga, Brazil, where she then took a bus to Belo Horizonte where she took a plane to Sao Paolo, Brazil. She then took a plane from Sao Paolo to Toronto, Ontario, Canada. FEITOSA claimed she entered into Canada with a valid passport and visa on June 1, 2011. While in Toronto, she stayed with a friend. FEITOSA went on to claim that while she was attending church in Toronto, she made friends with GOMES. According to FEITOSA, she and GOMES decided to take a bus to Windsor to go sightseeing.[3] While visiting a park along the waterfront an unknown man offered to take them sightseeing for $1000.00 each. FEITOSA further asserted that the man escorted them to another man with a boat about 8 pm. They got onboard the boat and all four of them travelled across the river to the United States. FEITOSA stated that she only intended to visit and then return to Canada after two days. FEITOSA stated that she, GOMES, and a male, she did not know, all got out of the boat and started walking and the boat driver returned back to Canada. FEITOSA described the boat driver as blondish, with a beard wearing a ball cap about 40 years old. FEITOSA stated several times that she believed ZVEROTIC was part of the smuggling operation ,and that he was guiding her and GOMES from the boat and through the wooded area because they had no idea where they were or which way they were heading. FEITOSA stated that she previously entered the United States legally in 2001 with a tourist visa. She stayed for about 15 days and then left. Her visa has since expired.

16. A criminal records check revealed that WEAKLY had several prior arrest and convictions, to include LARCENY OVER $100.00, RETAIL FRAUD, UTTERING AND PUBLISHING, ESCAPE FROM PRISON, HOME INVASION, AND LARCENY LESS THAN $200.

---

[3] Nelci Prudencio GOMES is the ex-girlfriend of Nelson DAFONSECA. According to DAFONSECA, GOMES requested DAFRONSECA to come to Toronto to pick up GOMES and "her friend" to take them to New Hampshire.

WEAKLY also has other arrests that there are no dispositions for at this time.  A records check for BRAGA and DAFONSECA failed to reveal any prior criminal convictions.

17. Based on the aforementioned facts, there is probable cause to believe that the Defendants, Jose Carlos BRAGA, Terrance WEEKLY, and Nelson DAFONSECA, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, attempted to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law.  Furthermore that these defendants did aid and abet in violation of the aforementioned law.

Stacy Zirkle
Border Patrol Agent

Sworn to before me and subscribed
in my presence this 5 of August, 2011.

Magistrate Judge Mark Randon